UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-61253-REID

FERNANDO MARTINEZ, *et al.*,

      Plaintiffs,

v.

123 WASH INC., *et al.*,

      Defendants

_____/

**ORDER GRANTING THE PARTIES'
JOINT MOTION FOR SETTLEMENT APPROVAL
AND DISMISSING THE CASE WITH PREJUDICE**

This matter is before the Court on the Parties' Joint *Ore Tenus* Motion for Approval of the Parties' Settlement Agreement and Dismissal with Prejudice. [ECF No. 45]. Having reviewed the motion and conducted a fairness hearing, the Court **APPROVES** the Parties' Settlement Agreement and **GRANTS** the Parties' Joint Motion. [ECF No. 45]. Attorney's fees and costs shall be paid as provided for in the Parties' Settlement Agreement. All pending Motions are **DENIED AS MOOT**, and this action is **DISMISSED WITH PREJUDICE**. The Clerk shall **CLOSE** the file.

      **DONE AND ORDERED** this 22nd day of December 2023.

_____
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE